NUMBER 13-06-362-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE GERARDO PEREZ, INDIVIDUALLY AND AS NEXT FRIEND


TO KIMBERLY NICOLE PEREZ AND GERARDO PEREZ, JR.;


CRYSTAL MONIQUE DELEON; AND MARIA LUISA PEREZ


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Castillo


Per Curiam Memorandum Opinion (1)



 Relators, Gerardo Perez, Individually and as Next Friend to Kimberly Nicole Perez
and Gerardo Perez, Jr.; Crystal Monique DeLeon; and Maria Luisa Perez, filed a petition
for writ of mandamus in the above cause on June 26, 2006. The Court requested that
real parties in interest file a response to relators' petition for writ of mandamus on or
before August 21, 2006, and said response was timely filed on August 18, 2006.

 The Court, having examined and fully considered the petition for writ of
mandamus and response thereto is of the opinion that relators have not shown themselves
entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. 
See Tex. R. App. P. 52.8(a). 


 PER CURIAM



Memorandum Opinion delivered and

filed this 28th day of August, 2006.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).